THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYLE AGNEW,

Plaintiff,

v.

ASSET RECOVERY GROUP, INC.,

Defendant.

CASE NO. C25-2240-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for voluntary dismissal (Dkt. No. 16). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED without prejudice and without further recovery by any party. The Clerk is DIRECTED to close this case.

//

//

//

//

DATED this 7th day of August 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk